IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CASE NUMBER 4:20CR63 |
| | § |
| MICHAEL BERT MCKEE (1) | § |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The Court referred this matter to the United States Magistrate Judge Christine A. Nowak pursuant to 28 U.S.C. §636(b) and Local Rules for the United States District Court for the Eastern District of Texas to determine competency.  The magistrate judge conducted a hearing in the form and manner prescribed by 18 U.S.C. § 4247(d) and issued a Report and Recommendation on the Defendant's competency to stand trial.  The magistrate judge recommended that the Court find Defendant competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense.  See 18 U.S.C. § 4241.

The Parties have not objected to the magistrate judge's findings.  The Court **ORDERS** that the Report and Recommendation is **ADOPTED**.

It is further **ORDERED** that in accordance with the magistrate judge's recommendation regarding the Defendant's competency to stand trial, that the Court finds the Defendant is competent.  The speedy trial time is excluded from March 16, 2020, until the date of this Order.

**SIGNED this 9th day of September, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE